**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Sebastian GOMEZ, Defendant— Appellant.**

**No. 04–6119.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 9, 2004.

Decided: July 14, 2004.

Sebastian Gomez, Appellant pro se.

Marshall Prince, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sebastian Gomez appeals the district court's order denying his motion for clarification and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Gomez,* No. CR–96–806 (D.S.C. filed Dec. 17, 2003 & entered Dec. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*